■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL SANDERS, Appellant. — Appeal by defendant from a judgment of the County Court, Orange County (Ritter, J.), rendered February 5, 1982, convicting him of burglary in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

A review of the record indicates that defendant's guilt was proven beyond a reasonable doubt (see *Jackson v Virginia*, 443 US 307; *People v Kennedy*, 47 NY2d 196). We have considered

defendant's other claims and find them to be without merit. Gibbons, J. P., O'Connor, Weinstein and Lawrence, JJ., concur.